ALABAMA GREAT SOUTHERN RAILROAD COMPANY *v.* TITTLE.

EVANS, P. J. No error of law is complained of, and the evidence is sufficient to uphold the verdict.

*Judgment affirmed. All the Justices concur.*
NOVEMBER 18, 1916.

Action for damages. Before Judge Fite. Dade superior court. October 11, 1915.

*Payne & Hale,* for plaintiff in error.
*Martin G. Smith* and *Rosser & Shaw,* contra.